IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMANDA HAMRICK, | ) Case No. 1:18CV0954 |
| Plaintiff, | ) |
| v. | ) |
| | ) MAGISTRATE JUDGE DAVID A. RUIZ |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) MEMORANDUM AND ORDER |

Now pending before the court is the parties' joint stipulated motion to award attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (R. 20.) The parties move the court for an order authorizing payment of attorney fees in the agreed amount of $3,000.00. (R. 16, PageID #: 1509.) For the reasons set forth below, the parties' joint motion for an award of EAJA fees is GRANTED.

On April 26, 2018, Plaintiff Amanda Hamrick ("plaintiff") filed a complaint in this court seeking reversal of the denial of her application for Title XVI Supplemental Security Income benefits. On November 7, 2018, the parties filed a joint stipulation to remand to the Social Security Administration, which was granted by the court. (R. 14, 15.)

The parties' motion to award fees states that the stipulated amount of $3,000.00 represents a compromise of disputed positions, and is not intended to set a precedent for any specific hourly rate. (R. 16, PageID #: 1509.) The award of attorney fees will fully satisfy any and all of Hamrick's claims for fees, costs, and expenses under 28 U.S.C. 2412 that may be payable in this case. *Id.*

Any fees paid belong to Hamrick and can be offset to satisfy any pre-existing debt that she owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010). Therefore, the court orders that the fee award be payable to Plaintiff.

If counsel for the parties can verify that Hamrick owes no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the award be made payable to Hamrick's attorney pursuant to the attorney fee assignment duly signed by Hamrick and her counsel. *See* R.8, tr., at 210.

The parties' joint motion (R. 16) for an award of EAJA fees in the amount of $3,000.00 is GRANTED.

IT IS SO ORDERED.

        s/ David A. Ruiz
        David A. Ruiz
        United States Magistrate Judge

Date: January 30, 2019